1  DANIEL V. KOHLS (STATE BAR NO. 167987)
   CHRISTINE E. JACOB (STATE BAR NO. 216679)
2  HANSEN, KOHLS, SOMMER & JACOB, LLP
   1520 EUREKA ROAD, SUITE 100
3  ROSEVILLE, CALIFORNIA 95661
   TELEPHONE: (916) 781-2550
4  FACSIMILE: (916) 781-5339
   dkohls@hansenkohls.com
5  cjacob@hansenkohls.com

6  Attorneys for Plaintiffs
   JULIE CRUZ and RAY CRUZ
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | JULIE CRUZ and RAY CRUZ,               | Case No.: 8:18-CV-01539-JVS-JDE

12 |         Plaintiffs,

13 |     v.

14 | JOHNSON & JOHNSON, INC.; ETHICON,
   | INC.; and COLOPLAST CORP.,
15

16 |         Defendants.

17

18           **STIPULATION OF DISMISSAL WITH PREJUDUCE**

19       IT IS HEREBY STIPULATED AND AGREED, by and through their undersigned

20 counsel, that Plaintiff's claim against Ethicon Inc. and Johnson & Johnson only shall be

21 dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

22 each party to bear its own costs and fees.

23 DATED: February 15, 2019

24 HANSEN, KOHLS, SOMMER & JACOB, LLP          TUCKER & ELLIS LLP

25

26 By: */s/ Daniel v. Kohls*                   By: */s/ Joshua J. Wes*
       Daniel V. Kohls                             Joshua J. Wes
27     Attorneys for Plaintiffs                    Attorneys for Defendants
       JULIE CRUZ and RAY CRUZ                     ETHICON, INC. and
28                                                 JOHNSON & JOHNSON

---
-1-
Stipulation of Dismissal With Prejudice

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Daniel V. Kohls*
     Daniel V. Kohls